**Kamaljit S. BADWAL, Plaintiff–Appellant,**

v.

**Ferline BUIE, As Representative of Automotive, Petroleum, Cylinder and Bottled Gas, Chemical Drivers, Helpers and Allied Workers and Public Transportation Employees Local Union No. 922; Teamster Union Local No. 922, representing the Automotive, Petroleum, Cylinder and Bottled Gas, Chemical Drivers, Helpers and Allied Workers and Public Transportation Employees, Defendants–Appellees.**

No. 08–1911.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 19, 2008.

Kamaljit S. Badwal, Appellant Pro Se. John Robert Mooney, Mark James Murphy, Mooney, Green, Baker & Saindon, P.C., Washington, D.C., for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamaljit S. Badwal appeals the district court's order dismissing his claim based on

the Appellees' failure to arbitrate his employment termination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Badwal v. Buie,* No. 1:08–cv–00328–GBL–JFA (E.D.Va. Aug. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*